IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHELE L.K. CAPELLE,

    Plaintiff,

vs.

COMMISSIONER of SOCIAL SECURITY,

    Defendant.

Civil No. 17-cv-898-JGP-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Michele L. K. Capelle and against defendant Commissioner of Social Security.

**DATED:** March 21, 2018

    **JUSTINE FLANAGAN,**
    **Acting Clerk of Court**

    **BY: s/Tina Gray**
        **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**